UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAN AM SYSTEMS, INC. ) | |
| ) | |
| SPRINGFIELD TERMINAL ) | |
| RAILWAY COMPANY, ) | |
| ) | Case No. 2:11-cv-00339-GZS |
| and ) | |
| ) | |
| DAVID ANDREW FINK, ) | |
| ) | |
| *Plaintiffs* **)** | |
| ) | |
| v. ) | |
| ) | |
| CHALMERS HARDENBERGH, ) | |
| ) | |
| C.M. HARDENBERGH, P.A., ) | |
| ) | |
| and ) | |
| ) | |
| ATLANTIC NORTHEAST ) | |
| RAILS & PORTS ) | |
| ) | |
| *Defendants* ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Pan Am Systems, Inc. and Springfield Terminal Railway Company make the following disclosures:

1. Pan Am Systems, Inc. has no parent corporation and no publicly held corporation owns more than ten percent (10%) of the stock of Pan Am Systems, Inc.

2. The parent corporation of Springfield Terminal Railway Company is Pan Am Railways, Inc. The parent corporation of Pan Am Railways, Inc. is Pan Am Systems, Inc. No

1

publicly held corporation owns more than ten percent (10%) of the stock of Springfield Terminal Railway Company or Pan Am Railways, Inc.

Dated: September 23, 2011

Respectfully submitted,

PAN AM SYSTEMS, INC. and
SPRINGFIELD TERMINAL RAILWAY
COMPANY

By */s/ Thad B. Zmistowski*
Thad B. Zmistowski, Esq.
Maine Bar No. 6960
Eaton Peabody
P.O. Box 1210
80 Exchange Street, 8th Floor
Bangor, Maine 04402-1210
(207) 947-0111
tzmistowski@eatonpeabody.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, I electronically filed the foregoing Plaintiffs' Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chalmers Hardenbergh
C.M., Hardenbegh, P.A.
Atlantic Northeast Rails & Ports
162 Main Street
Yarmouth, ME 04096

By */s/ Thad B. Zmistowski*
Thad B. Zmistowski, Esq.
Maine Bar No. 6960
Eaton Peabody
P.O. Box 1210
Bangor, Maine 04402-1210
(207) 947-0111
tzmistowski@eatonpeabody.com
Attorneys for Plaintiffs